Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 81–5462.   MARTIN *v.* SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 10th Cir.   Certiorari denied.

JUSTICE WHITE, dissenting.

Because the decision of the Court of Appeals for the Tenth Circuit in this case conflicts with the decision of the Court of Appeals for the Second Circuit in *Rosenberg* v. *Richardson,* 538 F. 2d 487 (1976), I would grant the petition for certiorari.

*Rehearing Denied*

No. 80–1604.   BROCKETT, SPOKANE COUNTY PROSECUTING ATTORNEY, ET AL. *v.* SPOKANE ARCADES, INC., ET AL., *ante,* p. 1022;

No. 80–2077.   LEEKE, DIRECTOR OF SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. *v.* TIMMERMAN ET AL., *ante,* p. 83;

No. 80–6785.   SPAZIANO *v.* FLORIDA, *ante,* p. 1037;

No. 80–6933.   EVANS *v.* ARIZONA, *ante,* p. 964;

No. 81–43.   ODOM *v.* NORTH CAROLINA, *ante,* p. 1052;

No. 81–53.   FLORIDA *v.* GARRETT, *ante,* p. 1004;

No. 81–236.   GRINDSTONE BUTTE PROJECT ET AL. *v.* WATT, SECRETARY OF THE INTERIOR, ET AL., *ante,* p. 965;

No. 81–317.   WEINBERGER *v.* FLORIDA BAR, *ante,* p. 934;

No. 81–383.   MCCORMICK *v.* EDWARDS, GOVERNOR OF LOUISIANA, ET AL., *ante,* p. 1017;

No. 81–387.   MORRIS *v.* CITY OF MIDLAND, TEXAS, ET AL., *ante,* p. 941;

No. 81–464.   VON MINDEN *v.* NUWES, DEPARTMENT OF THE NAVY, *ante,* p. 1032;

No. 81–477.   WITTE *v.* BAR COMMITTEE OF THE TWENTY-FIRST JUDICIAL CIRCUIT, *ante,* p. 1025;

No. 81–695.   BLAND *v.* UNITED STATES, *ante,* p. 1055;

No. 81–5174.   ROOKS *v.* UNITED STATES, *ante,* p. 1057; and

No. 81–5338.   STRAIGHT *v.* FLORIDA, *ante,* p. 1022.   Petitions for rehearing denied.